UNPUBLISHED

COURT OF APPEALS OF VIRGINIA

Present:   Judges Elder, Alston and Senior Judge Coleman

VIRGINIA EMPLOYMENT COMMISSION

                                                          MEMORANDUM OPINION*
v.        Record No. 2337-12-1                                  PER CURIAM
                                                                JULY 16, 2013
GAIL CARROLL

FROM THE CIRCUIT COURT OF THE CITY OF PORTSMOUTH
Johnny E. Morrison, Judge

(Kenneth T. Cuccinelli, II, Attorney General; Joshua E. Laws,
Assistant Attorney General, on brief), for appellant.

No brief for appellee.


The Virginia Employment Commission (the VEC) appeals a decision of the circuit court

reversing a decision of the VEC.  The VEC found that Gail Carroll was disqualified for benefits

because she was discharged for misconduct connected with work.  On appeal, the VEC argues the

circuit court erred in finding Carroll mitigated her misconduct.  The VEC also contends the circuit

court erroneously applied the holding in Robinson v. Hurst Harvey Oil, Inc., 12 Va. App. 936, 407

S.E.2d 352 (1991).  We have reviewed the record and the circuit court's September 7, 2012 opinion

letter, and find that this appeal is without merit.  Accordingly, we affirm for the reasons stated by

the circuit court in its September 7, 2012 opinion letter and its December 6, 2012 final order.  See

Carroll v. Virginia Emp't Comm'n, Case No. CL11001632-00.  We dispense with oral argument

and summarily affirm because the facts and legal contentions are adequately presented in the

---

* Pursuant to Code § 17.1-413, this opinion is not designated for publication.

materials before the Court and argument would not aid the decisional process.  <u>See</u> Code

§ 17.1-403; Rule 5A:27.

<u>Affirmed.</u>